UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-cr-00011-D

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| RASHON ANDRE EDWARDS | |

On motion of the Defendant, Rashon Andre Edwards, and for good cause shown, it is hereby ORDERED that **DE 42** be sealed until further notice by this Court.

SO ORDERED. This 27 day of May 2021.

JAMES C. DEVER III
United States District Judge