UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-cr-00011-D

UNITED STATES OF AMERICA

v.

RASHON ANDRE EDWARDS

ORDER TO SEAL

On motion of the Defendant, Rashon Andre Edwards, and for good cause shown, it is hereby ORDERED that **DE 38** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **27** day of May 2021.

JAMES C. DEVER III
United States District Judge